Michael E. Dergosits (SBN 118206)
Ted K. Joe (SBN 242589)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

Attorneys for CIBA SPECIALTY CHEMICALS CORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>CMC MAGNETICS CORPORATION, HOTAN CORPORATION, HEWLETT-PACKARD COMPANY, IMATION CORPORATION and TDK U.S.A.<br><br>Defendants. | **Civil Action No: 07-4553 EMC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a)(1), Plaintiff Ciba Specialty Chemicals Corporation voluntarily dismisses without prejudice the above-captioned action against Defendants CMC Magnetics Corporation, Hotan Corporation, Hewlett-Packard Company, Imation Corporation, and TDK U.S.A. Corporation ("Defendants").

1
2
3
4
5

      Dismissal without prejudice is proper because this Notice is filed before service of the summons and complaint on any of the Defendants, before the filing of an answer or other pleading by Defendants, and because Plaintiff has not previously dismissed this claim against Defendants in any federal court or state court.

6
7
8
9
10
11
12
13
14
15

Dated: November 5, 2007    DERGOSITS & NOAH LLP

By: /s/ Michael E. Dergosits
Michael E. Dergosits

Of Counsel:
Alan E.J. Branigan
Brion Heaney
Richard Traverso
MILLEN, WHITE, ZELANO & BRANIGAN PC
2200 Clarendon Blvd., Suite 1400
Arlington, VA, 22201
Phone (703) 243-6333
Fax (703) 243-6410

Attorneys for CIBA SPECIALTY CHEMICALS CORPORATION

16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: C-07:4553 EMC

2